UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL WOOLFENDEN,<br><br>    Plaintiff<br><br>v.<br><br>AMERICAN EDUCATION SERVICES LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants | Case No.: 2:20-cv-00906-APG-VCF<br><br>**Order** |

The proposed joint pretrial order is overdue. *See* ECF No. 12.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by May 28, 2021. Failure to comply with this order may result in sanctions, including the dismissal of any remaining claims.

DATED this 6th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE