**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL WOOLFENDEN, | Case No.: 2:20-cv-00906-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| AMERICAN EDUCATION SERVICES LLC and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants | |

I previously ordered the parties to file a proposed joint pretrial order by May 28, 2021. ECF No. 16. I advised the parties that failure to comply may result in sanctions, including the dismissal of any remaining claims. Plaintiff Joel Woolfenden filed a stipulation of dismissal for defendant Equifax Information Services LLC, but he did not file a similar dismissal of defendant American Education Services LLC. Nor did he otherwise respond to my order with respect to defendant American.

I THEREFORE ORDER that plaintiff Joel Woolfenden's claims against defendant American Education Services LLC are DISMISSED. The clerk of court is instructed to close this case.

DATED this 2nd day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE